KIMBERLY A. SANCHEZ
Acting United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DIEGO ARELLANO<br><br>   Defendant. | CASE NO. 1:25-MJ-55<br><br>UNITED STATES' MOTION TO UNSEAL COMPLAINT |

The United States hereby moves this Court to unseal the Complaint and Arrest Warrants for the above-captioned case, as the defendant has been arrested in the Central District of California. Therefore, the Complaint must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: July 29, 2025                                      Respectfully submitted,

                                                          KIMBERLY A. SANCHEZ
                                                          Acting United States Attorney

                                                           /s/ *Robert L. Veneman-Hughes*
                                                          ROBERT L. VENEMAN-HUGHES
                                                          Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>DIEGO ARELLANO,<br>　　　　　　　　Defendants. | CASE NO. 1:25-MJ-55<br><br>ORDER UNSEALING COMPLAINT |

　　　Good cause appearing due to the defendant's arrest, it is hereby ordered that a the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

DATED:　7/29/2025

　　　　　　　　　　　　　　　　　　　　　　　_Sheila K. Oberto_
　　　　　　　　　　　　　　　　　　　　　　　HON. SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE