1  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
2  ROBERT L. VENEMAN-HUGHES
   JUSTIN J. GILIO
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6

   Attorneys for Plaintiff
7  United States of America

8

9                   IN THE UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )   CASE NO. 1:24-CR-00265-KES-BAM
                                       )
13       Plaintiff,                    )   NOTICE OF RELATED CASES
                                       )
14    v.                               )
                                       )
15  ALEX MOYANO ET AL,                 )
                                       )
16       Defendants.                   )
                                       )
17  _____   )

18  UNITED STATES OF AMERICA,          )   CASE NO. 1:25-MJ-00055-EPG
                                       )
19       Plaintiff,                    )   NOTICE OF RELATED CASES
                                       )
20    v.                               )
                                       )
21  DIEGO ARELLANO,                    )
                                       )
22       Defendant.                    )
    _____   )

23

24       Pursuant to Local Rule 123(a), the government notifies the Court and counsel that the above-

25  captioned matters are related.  Mr. Arellano is charged with conspiracy and bank robbery stemming

26  from the same conspiracy and bank robbery as the defendants charged in United States v. Alex

27  Moyano, et al. Almost all of the evidence in the two cases is overlapping, including reports, cellular

28  phone extractions, and location data.  Moreover, government plans to charge Mr. Arellano in the

                                           1

Moyano et al. case.

Assigning these two cases to the same Magistrate Judge and District Judge is likely to effect a substantial savings of judicial effort.  Thus, the government asks that the Court declare the cases to be related and, when the Arellano case is indicted, assign it to the same District Judge as the Moyano et al. case.

Dated:  July 30, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

By:  /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney